E. E. PAUL COMPANY, Respondent and Appellant, *v.*
ATHENS HOTEL COMPANY, Appellant and Respondent,
Impleaded with Another.

*Paul Company* v. *Athens Hotel Company*, 160 App. Div. 873,
modified.
(Argued October 26, 1915; decided November 16, 1915.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,

entered January 13, 1914, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to foreclose a mechanic's lien. The defense was failure on the part of plaintiff to properly perform its contract.

*Alexander Thain* and *William H. Beam* for defendant, appellant and respondent.

*Frederick Hulse* for plaintiff, respondent and appellant.

Judgment of Appellate Division modified by increasing the amount of same $175.89 interest on three several certificates from the date of the issuance of the same respectively to May 17, 1912, and as thus modified affirmed, with costs to plaintiff; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.